# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        Plaintiff,

  v.                                                              Case No. 08-CR-89

**DETTRICK BROWN,**
        Defendant.

## ORDER

Pursuant to the administrative order appointing Federal Defender Services of Wisconsin to represent defendants serving sentences imposed in the Eastern District of Wisconsin who might be eligible for sentencing relief under Amendment 782 to the United States Sentencing Guidelines,

**IT IS ORDERED** that this matter is referred to Federal Defender Services for review of defendant's eligibility under Amendments 782 and/or 750. The Clerk will forward a copy of this order to Federal Defender Services and to Dettrick Brown #345314, Kettle Moraine Correctional Institution, PO Box 282, Plymouth, WI 53073.

Dated at Milwaukee, Wisconsin, this 18th day of February, 2015.

                                            /s Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge